IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICIT OF ARKANSAS

WESTERN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 1 2 2024

TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

LETICIA SANDERS, DEJASIUNA HILL, JASHAWN SANDERS,

RIKEYA HOLMES, MONIQUE MURPHY, MIESHA DENNIS         PLAINTIFF

V.                  Case No. 4:24-cv-327-JM

LOUIS DEJOY, POSTMASTER GENERAL,

UNITED STATEES POSTAL SERVICE,

AGENCY                                                DEFENDANT

## PETITION FOR CLASS-ACTION COMPLIANT WITH SUBPOENA OF RECORDS & WITNESSES A TRIAL HEARING, AND SETTLEMENT

The Plaintiff of the class- action complaint by and through Leticia Sanders, pro se, and for its cause of action against the Defendant, Louis Dejoy, Postmaster general, United States Postal Service (Field Areas and Regions) Agency, states:

1. The Plaintiff of the Class- Action Complaint are employees of the United States Postal Service who has worked at 4700 E. McCain North Little Rock, AR 72231 & or 6910 Lindsey Rd. Little Rock, AR 72206.

2. The Plaintiff of the Class-Action are residents of Pulaski County, Arkansas

3. The Defendants are residents of Pulaski County, Arkansas

4. This Court properly has jurisdiction over this matter pursuant to Title VII Civil Rights 1964.

This case assigned to District Judge **Moody**
and to Magistrate Judge **Moore**

5. Venue is proper with this Court Pursuant to Class-Action Right to File Civil Action Complaint.

6. The Plaintiff is filing under disparate treatment, toxic work environment, harassment, mental anguish, retaliation, and or unlawful termination of employment.

7. The Plaintiff must have a trial hearing according to the Rule of Law.

8. Each Plaintiff must have the Civil Right to address their problematic issues in a trial hearing setting.

9. Each Plaintiff is looking to be compensated for the mental anguish that each party has developed while dealing with the Defendant's.

10. Plaintiff Hill has requested a subpoena for the resignation filed under her name.

11. Plaintiff Hill has not received back pay for the unlawful separation of her duty.

12. Plaintiff Dennis was wrongfully terminated for filing a grievance of harassment.

13. Plaintiff Dennis has requested a subpoena for the lunch clock rings of every employee in all crafts.

14. Plaintiff Murphy has requested a subpoena for all employees on lite duty on-the job and off-the -job injuries or disabilities.

15. Plaintiff Sanders has requested a subpoena for all new hires starting back from 2017 with clock rings and absent days.'

16. The Plaintiff will settle in the amount of $27million.

**WHEREFORE,** Plaintiff, Leticia Sanders pro se, on behalf of this Class-Action Complaint manifest that the Court enter and order causing liability claim to be issued to Defendants commanding them to follow their contract and the Rules, regulations, and laws put in place by Defendants, and to award the Class-Action Complaint their judgment for a monetary award in the amount of $27 million for breach of contract, disparate treatment, mental anguish, toxic work environment, harassment, Federal Tort Claim, retaliation, and unsafe and wrongful termination.

Respectfully Submitted,

Class-Action Complaint,

*[signature]*

Leticia Sanders, pro se

P.O Box 1665

North Little Rock, AR 72115

(501)612-5703

# CERTIFICATE OF SERVICE

I certify that the true and correct copy of the Petition to a Class Action Complaint was mailed as indicated to the following through U.S. mail on 12th day of April 2024.

**RIKEYA HOLMES**

12001 Lemoncrest Lane

Little Rock, AR 72210

**MONIQUE MURPHY**

12001 Lemoncrest Lane

Little Rock, AR 72210

**DEJASIUNA HILL**

P.O. BOX 1665

North Little Rock, AR 72115

**JASHAWN SANDERS**

P.O. BOX 1665

North Little Rock, AR 72115

**MIESHA DENNIS**

3480 EAST Kiehl Av.

Apt. 8009

Sherwood, AR 72120

**UNITED STATES POSTAL SERVICE**

Postmaster General

Louis Dejoy

475 L 'Enfant Plaza SW.,

Washington, DC 20260-0010

(202)268-2000