IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LETICIA SANDERS,** *et al.*                                         **PLAINTIFF**

**V.**                           **Case No. 4:24-cv-327 JM**

**LOUIS DEJOY, Postmaster
General and UNITED STATES
POSTAL SERVICE**                                         **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED with prejudice.

IT IS SO ADJUDGED this 22nd day of August, 2024.

                                                          _____
                                                          UNITED STATES DISTRICT JUDGE