UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

_____

No: 24-3428

_____

Leticia Sanders

Plaintiff - Appellant

Dejasiuna Hill; Jashawn Sanders; Rikeya Holmes; Monique Murphy; Miesha Dennis

Plaintiffs

v.

Louis DeJoy, Postmaster General; United States Postal Service, Agency

Defendants - Appellees

------

Appeal from U.S. District Court for the Eastern District of Arkansas - Central
(4:24-cv-00327-JM)

------

**JUDGMENT**

Before BENTON, KELLY, and KOBES, Circuit Judges.

    This court has reviewed the original file of the United States District Court. It is ordered by the court that the judgment of the district court is summarily affirmed. See Eighth Circuit Rule 47A(a).

                                                February 24, 2025

Order Entered at the Direction of the Court:
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
    /s/ Maureen W. Gornik

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
Feb 24, 2025
Tammy H. Downs, Clerk
By: JohnHibbs D.C.
DEP CLERK

# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Maureen W. Gornik**
*Acting Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
www.ca8.uscourts.gov

February 24, 2025

Leticia Sanders
P.O. Box 1665
North Little Rock, AR  72115

     RE:  24-3428  Leticia Sanders, et al v. Louis DeJoy, et al

Dear Leticia Sanders:

     Enclosed is a copy of the dispositive order entered today in the referenced case.

     Please review Federal Rules of Appellate Procedure and the Eighth Circuit Rules on post-submission procedure to ensure that any contemplated filing is timely and in compliance with the rules. Note particularly that petitions for rehearing *must* be received by the clerk's office within the time set by FRAP 40 in cases where the United States or an officer or agency thereof is a party (within 45 days of entry of judgment). Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. Except as provided by Rule 25(a)(2)(iii) of the Federal Rules of Appellate Procedure, pro se petitions for rehearing are not afforded a grace period for mailing and are subject to being denied if not timely received.

                                           Maureen W. Gornik
                                           Acting Clerk of Court

MTB

Enclosure(s)

cc:     Clerk, U.S. District Court, Eastern District of Arkansas
         Jamie Goss Dempsey

     District Court/Agency Case Number(s):   4:24-cv-00327-JM