# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 24-3594

Leticia Sanders

Plaintiff

Dejasiuna Hill

Plaintiff - Appellant

Jashawn Sanders; Rikeya Holmes; Monique Murphy; Miesha Dennis

Plaintiffs

v.

Louis DeJoy, Postmaster General; United States Postal Service, Agency

Defendants - Appellees

Appeal from U.S. District Court for the Eastern District of Arkansas - Central
(4:24-cv-00327-JM)

**JUDGMENT**

Before BENTON, KELLY, and KOBES, Circuit Judges.

The court has carefully reviewed the original file of the United States District Court and orders that this appeal be dismissed for lack of jurisdiction.

February 24, 2025

Order Entered at the Direction of the Court:
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Maureen W. Gornik

# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Maureen W. Gornik**
*Acting Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

February 24, 2025

Dejasiuna Hill
P.O. Box 1665
North Little Rock, AR  72115

     RE:  24-3594  Dejasiuna Hill v. Louis DeJoy, et al

Dear Dejasiuna Hill:

     Enclosed is a copy of the dispositive order entered today in the referenced case.

     Please review Federal Rules of Appellate Procedure and the Eighth Circuit Rules on post-submission procedure to ensure that any contemplated filing is timely and in compliance with the rules. Note particularly that petitions for rehearing <u>must</u> be received by the clerk's office within the time set by FRAP 40 in cases where the United States or an officer or agency thereof is a party (within 45 days of entry of judgment). Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. Except as provided by Rule 25(a)(2)(iii) of the Federal Rules of Appellate Procedure, pro se petitions for rehearing are not afforded a grace period for mailing and are subject to being denied if not timely received.

                                                Maureen W. Gornik
                                                Acting Clerk of Court

MTB

Enclosure(s)

cc:     Clerk, U.S. District Court, Eastern District of Arkansas
         Jamie Goss Dempsey

     District Court/Agency Case Number(s):   4:24-cv-00327-JM